THE LAW OFFICE OF
JOSHUA M. AMBUSH, LLC
106 OLD COURT ROAD, SUITE 303, BALTIMORE, MARYLAND 21208
TEL: 410-484-2070 FAX: 410-484-9330
jambush@ambushlaw.com

October 27, 2022

Ms. Angela D. Caesar, Clerk of the Court
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

*Via electronic filing & hand delivery*

Re: *Fenison et al. v. Islamic Republic of Iran et al.*
Civil Action No. 1:22-cv-02891-CKK
Request for Service of Process on Defendant the Syrian Arab Republic Pursuant to 28 U.S.C. § 1608(a)(3)

Dear Ms. Caesar:

In connection with the above-captioned case, and pursuant to 28 U.S.C. § 1608(e), I am writing to request service by the Clerk of the Court of the Complaint, Summons, and Notice of Suit in this case, pursuant to 28 U.S.C. § 1608(a)(3), on defendant the Syrian Arab Republic.

I am enclosing a copy of the Affidavit Requesting Foreign Mailing and a copy of the Notice of Electronic Filing.

For purposes of service, the above-named defendant is considered the "foreign state" of the Syrian Arab Republic under 28 U.S.C. §1608(a).

This case was brought under 28 U.S.C. § 1605A against the defendant for its material support of terrorism-related IED and machine gun attacks against plaintiffs in Iraq. Because this case is governed by the Foreign Sovereign Immunities Act, service of the Complaint, Summons, and Notice of Suit must be made by attempting those methods listed in 28 U.S.C. § 1608(a)(1)-(4) in the order that they are listed in the statute. Service on Iran cannot be made pursuant to subsections (a)(1) or (a)(2) of Section 1608 because Iran has not entered into any special agreement regarding service with plaintiffs and because Iran is not a signatory to any applicable international agreement regarding service.

Section 1608(a)(3) of the FSIA requires a copy of the Complaint, Summons, and Notice of Suit to be sent, with translations of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the Clerk of the Court to the head of the ministry of foreign affairs of the foreign state.

Please find enclosed the Complaint, Summons, Notice of Suit, with certified translations into Arabic of each. Please effect service through FedEx, using the enclosed preprinted FedEx

waybill, to send the copies to the defendant. Please send the package to the defendant at the following address:

Faisal Mekdad, Minister of Foreign Affairs
Syrian Arab Republic
Ministry of Foreign Affairs and Expatriates
Shora, Muarijeen, Damascus, Syria

Thank you for your assistance in this matter. Please do not hesitate to contact me with any questions.

Sincerely,

Joshua M. Ambush

JMA/kc
Enclosures