IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHAWNA L. FENISON, *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>THE ISLAMIC REPUBLIC OF IRAN, *et al.*,<br><br>  Defendants. | Case No. 1:22-cv-02891-CKK |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' NOTICE OF STATUS OF SERVICE OF PROCESS
ON DEFENDANTS THE ISLAMIC REPUBLIC OF IRAN AND
THE SYRIAN ARAB REPUBLIC**

Plaintiffs, through undersigned counsel, hereby file this notice in response to the court's order of December 16, 2022, to update the court on the status of the service of process on the defendants the Islamic Republic of Iran ("Iran") and the Syrian Arab Republic ("Syria").

Service pursuant to 28 U.S.C. § 1608(a)(3) was attempted on defendants Iran and Syria and failed. The service documents were sent to defendants via FedEx on November 3, 2022. ECF Nos. 7 & 8. FedEx was unable to deliver or serve the service documents and they were returned to undersigned on November 18, 2022. *See* ECF Nos. 12 & 14.

On December 19, 2022, pursuant to 28 U.S.C. § 1608(a)(4), plaintiffs requested the clerk of court to effect service upon defendants Iran and Syria through the Secretary of State. ECF Nos. 10 & 11. On December 22, 2022, the Clerk of Court sent the documents to the U.S. Department of State. ECF Nos. 13 & 15.

This matter is brought against defendants Iran and Syria pursuant to 28 U.S.C. §1605A, an exception to the Foreign Sovereign Immunities Act, which allows suit against these foreign state sovereigns for their material support of terrorism. 28 U.S.C. §1608(a)(4) requires service by the Secretary of State, but the U.S. government has no direct diplomatic relationship with the defendants,

and the State Department has no direct method to effectuate service. Therefore, a lengthy delay is expected since the State Department has to enlist the help of third-party countries that have diplomatic relationships with the defendants in order to ultimately effectuate service.

Accordingly, plaintiffs will continue to seek status updates on service of process on the defendants from the U.S. Department of State's Office of the Legal Advisor every 60 days, or in whichever time frame the court deems appropriate, and provide notice of updates to the court, until service is successful.

Dated: December 22, 2022                                              Respectfully Submitted,

/s/ Joshua M. Ambush
Joshua M. Ambush (Bar No. MD27025)
Law Offices of Joshua M. Ambush, LLC
106 Old Court Road, Suite 303
Baltimore, Maryland 21208
Phone: (410) 484-2070
Facsimile: (410) 484-9330
Email: joshua@ambushlaw.com
*Counsel for Plaintiffs*