Default - Rule 55A (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

SHAWNA L. FENISON et al

              Plaintiff(s)

v.

ISLAMIC REPUBLIC OF IRAN et al

              Defendant(s)

Civil Action: 22-cv-02891-CKK

**RE:** ISLAMIC REPUBLIC OF IRAN

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on March 6, 2023, and an affidavit on behalf of the plaintiff having been filed, it is this 8th day of May, 2023 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ Jiselle Manohar
Deputy Clerk