Default - Rule 55A                                                                                             (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

SHAWNA L. FENISON et al

                    Plaintiff(s)

              v.                                                                Civil Action: 22-cv-02891-CKK

ISLAMIC REPUBLIC OF IRAN et al

                    Defendant(s)

**RE:**       SYRIAN ARAB REPUBLIC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on May 21, 2023, and an affidavit on behalf of the plaintiff having been filed, it is this  21st  day of  July , 2023  declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By:   /s/ Jiselle Manohar
              Deputy Clerk